ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion granted upon condition that the surety company bond of $5,000 be continued pending appeal and that appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or before October 14, 1930.

Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.